IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01117–REB–KMT

RENAE L. BIGELOW, a single woman,

      Plaintiff,

v.

GYNECARE, INC., a California corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON, a New Jersey corporation,
DOES ONE through FIFTEEN, corporation,

      Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Withdraw as California Counsel for Defendants" (#11, filed May 24, 2010) is GRANTED. Attorneys Lazarus, Childers, and Almstead are relieved of any further representation of Defendants in the above-captioned matter. The Clerk of Court is instructed to remove Attorneys Lazarus, Childers, and Almstead from the electronic certificate of mailing.

Dated: May 27, 2010