**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01117-REB-KMT

RENAE L. BIGELOW, a single woman,

    Plaintiff,

v.

GYNECARE, INC., a California corporation;
ETHICON, INC., a New Jersey corporation;
JOHNSON & JOHNSON, a New Jersey corporation;
DOES ONE through FIFTEEN, corporation,

    Defendants.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

    Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action hereby stipulate to the dismissal of this action with prejudice.  Plaintiff received no consideration for agreeing to this dismissal.  It is further stipulated by and among the parties to this action that each party will bear its own attorneys' fees and costs.

    Respectfully submitted this 9th day of August, 2010.

By: /s/ Elizabeth L. Dudley
    Elizabeth L. Dudley, Esq.
    PHILLIPS & ASSOCIATES
    20 East Thomas Road, Suite 2600
    Phoenix, AZ 85012
    Telephone:  (602) 258-8900

    *ATTORNEYS FOR PLAINTIFF
    RENAE L. BIGELOW*

By: /s/ Patricia A. Fennelly
    Charles Q. Socha
    K. Michele Anderson
    Patricia A. Fennelly
    TUCKER, ELLIS & WEST LLP
    4600 S. Ulster Street, Suite 1325
    Denver, Colorado 80237
    Telephone: (720) 897-4400
    Facsimile: (720) 222-5242

    *ATTORNEYS FOR DEFENDANTS
    ETHICON WOMEN'S HEALTH & UROLOGY
    DIVISION OF ETHICON, INC.* (erroneously
    sued as Gynecare, Inc.)*, ETHICON, INC.,
    and JOHNSON & JOHNSON*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth L. Dudley, Esq.
PHILLIPS & ASSOCIATES
20 East Thomas Road, Suite 2600
Phoenix, AZ 85012
liz.dudley@phillipslaw.com

/s/ Karen Rawlings