IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01117-REB-KMT

RENAE L. BIGELOW, a single woman,

    Plaintiff,

v.

GYNECARE, INC., a California corporation,
ETHICON, INC., a New Jersey corporation,
JOHNSON & JOHNSON, a New Jersey corporation, and
DOES ONE through FIFTEEN, corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#32] filed August 9, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#32] filed August 9, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for July 15, 2011, is **VACATED**;

3. That the jury trial set to commence August 1, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 9, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge